(March 13, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE TAYLOR, Also Known as RAFAEL MORALES, Appellant.—Judgment, Supreme Court, New York County, rendered on February 10, 1977, unanimously affirmed. Although afforded an opportunity to do so, defendant has not filed a supplemental brief herein. No opinion. Concur—Murphy, P. J., Markewich, Silverman, Lynch and Yesawich, JJ.

■ MARIA POLLAK, Respondent, v EVELYN COURTLAND, Appellant.—Judgment, Supreme Court, New York County, entered on June 13, 1978, unanimously affirmed. If the parties, within 15 days of service of a copy of the order entered herein, fail to agree on a mutually convenient date for closing, either party may apply, on three days' notice, for the court to fix such closing date at the foot of this court's order. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur —Murphy, P. J., Sandler, Sullivan, Markewich and Bloom, JJ.